AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joshua John Portlock<br><br>*Defendant* | )<br>)  Case: 1:21-mj-00638<br>)  Assigned To : Faruqui, Zia M.<br>)  Assign. Date : 10/26/2021<br>)  Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Joshua John Portlock_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

Date: __10/28/2021__

Zia M. Faruqui
2021.10.28 23:09:59
-04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__    __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __10/28/2021__, and the person was arrested on *(date)* __11/3/2021__
at *(city and state)* __Smyrna, TN__.

Date: __11/3/2021__

*Arresting officer's signature*

__Christopher R. Potts, SA FBI__
*Printed name and title*