UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Case No. 22-CR-0067 (CJN) |
| JOSHUA JOHN PORTLOCK, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Edward Smock has assumed responsibility for the defense of Joshua John Portlock in the above-captioned case. Mr. Portlock's case had previously been assigned to attorney Sabrina Shroff.

Respectfully submitted,

/s/
EDWARD SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500