UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | Cr. No. 22-cr-0067 CJN |
| | : | |
| **JOSHUA JOHN PORTLOCK,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## MOTION TO WITHDRAW AS COUNSEL
## AND FOR APPOINTMENT OF NEW COUNSEL

Undersigned counsel, Assistant Federal Public Defender Ned Smock, respectfully moves to withdraw from further representation of Mr. Portlock and asks the Court to appoint new counsel to represent him. The defense has identified a conflict of interest in this matter that requires the Office of the Federal Public Defender to withdraw from representing Mr. Portlock.

Wherefore, the undersigned asks that this Court grant his motion to withdraw from representation and to appoint new counsel to represent Mr. Portlock.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ned Smock
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500