# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * |
| | *   Case No. 22-cr-067-CJN |
| **JOSHUA JOHN PORTLOCK** | * |
| | * |
| **Defendant.** | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Joshua John Portlock, by and through counsel, Michael E. Lawlor, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing. In support of this Motion, counsel state as follows.

1. On August 31, 2023, Mr. Portlock appeared before the Court and pled guilty to Count Four of the Indictment filed against him. (Plea Agreement, ECF No. 45; Statement of Offense, ECF No. 46; Waiver of Trial by Jury, ECF No. 44.) Sentencing is currently scheduled for December 1, 2023 at 12:30 p.m. (8/31/2023 Minute Entry.) Sentencing memoranda are due by November 28, 2023. At this time, Mr. Portlock respectfully requests that this Court continue the sentencing hearing to a date in early 2024 convenient for the Court and the parties. Mr. Portlock also requests that this Court extend the deadlines for the filing of sentencing submissions in accordance with the new sentencing date.

2.	Due to the press of other deadlines and the upcoming holiday season, the undersigned counsel require additional time to confer with Mr. Portlock and prepare the sentencing memorandum in this case. Lead counsel for Mr. Portlock will be traveling out of state beginning on November 21, 2023. Additionally, lead counsel for Mr. Portlock is engaged in preparation for a sentencing in this Court in *United States v. Bonawitz*, No. 23-cr-055-JMC. Sentencing in that matter is also set for December 1, 2023. In that case, the Government has recently filed objections to the presentence investigation report that require additional research and briefing. The undersigned counsel also have several upcoming filing deadlines in cases pending in the Appellate Court of Maryland. Given that Mr. Portlock resides with the permission of the Court in Tennessee, the undersigned counsel require additional time to meet with him to prepare for sentencing in this case.

3.	This Motion is unopposed. The undersigned counsel have conferred with Assistant United States Attorney Elizabeth Eriksen, who has indicated that the Government does not oppose the requested continuance of the sentencing hearing. Government counsel has also indicated that the Government does not oppose the requested extension of the deadlines for filing sentencing submissions.

4.	Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new sentencing date with the parties.

5.      Accordingly, Mr. Portlock respectfully requests that this Honorable Court continue the sentencing hearing to a date in early 2024 convenient for the Court and the parties. Mr. Portlock also requests that the Court extend the deadline for the filing of sentencing submissions in accordance with the new sentencing date.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor