IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 22-cr-067-CJN |
| JOSHUA JOHN PORTLOCK | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Joshua John Portlock, by and through counsel, Michael E. Lawlor, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing. In support of this Motion, counsel state as follows.

1. On August 31, 2023, Mr. Portlock appeared before the Court and pled guilty to Count Four of the Indictment filed against him. (Plea Agreement, ECF No. 45; Statement of Offense, ECF No. 46; Waiver of Trial by Jury, ECF No. 44.) Sentencing is currently scheduled for January 11, 2024 at 12:30 p.m. (11/28/2023 Minute Order.) At this time, Mr. Portlock respectfully requests that this Court continue the sentencing hearing and attendant filing deadlines to a date in late January or February 2024 convenient for the Court and the parties.

2. Due to an error in communication, Mr. Portlock was not aware that his sentencing hearing was scheduled for January 11, 2024. Mr. Portlock resides in

Tennessee and has not been able to make travel plans. The undersigned counsel apologizes sincerely for this communication error.

3. This Motion is unopposed. The undersigned counsel have conferred with Assistant United States Attorney Elizabeth Eriksen, who has indicated that the Government does not oppose the requested continuance of the sentencing hearing.

4. Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new sentencing date with the parties.

5. Accordingly, Mr. Portlock respectfully requests that this Honorable Court continue the sentencing hearing and attendant filing deadlines to a date in late January or February 2024 convenient for the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor